# NO. 12-10-00345-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST* | § | *APPEAL FROM THE THIRD* |
| *OF M.A.T.,* | § | *JUDICIAL DISTRICT COURT* |
| *A CHILD* | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants, S.F. and K.T., and Appellee, the Texas Department of Family and Protective Services (the Department), filed an agreed motion to sever the portion of this cause that pertains to K.T. and remand for a new trial. The parties agree that this action will further the interest of justice as to K.T. and permit an expeditious retrial, thereby furthering the permanency of the child.

Having examined and considered the documents on file and the parties' agreed motion, the court is of the opinion that the motion should be granted. Accordingly, the agreed motion to sever and remand is granted. That part of the trial court's judgment that is in favor of the Department and against K.T. is reversed without regard to the merits, and K.T.'s appeal is hereby ordered severed from S.F.'s appeal. We assign cause number 12-10-00345-CV to K.T.'s appeal against the Department and remand that cause number for a new trial.

Order entered March 16, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)